1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DAVID ENGELSTEIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, UNITED STATES DEPARTMENT OF HIGHWAYS, UNITED STATES DEPARTMENT OF TRANSPORTATION, UNITED STATES FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, and DOES I–X,<br><br>　　　　　　Defendants. | | C20-916 TSZ |
| DAVID ENGELSTEIN.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF WASHINGTON and KING COUNTY, a political subdivision of the State of Washington, and DOES I–XV.<br><br>　　　　　　Defendants. | | C20-1809 TSZ<br><br>MINUTE ORDER |

MINUTE ORDER - 1

1

2    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

3    (1)   The Court hereby CONSOLIDATES the above-captioned cases, Case Nos. C20-916 TSZ and C20-1809 TSZ, for all purposes.  All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C20-916 TSZ.  The Clerk is DIRECTED to CLOSE Case No. C20-1809 TSZ.

4

5    (2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

6

7    Dated this 25th day of March, 2018.

8                                              William M. McCool
                                               Clerk
9
                                               s/Gail Glass
10                                             Deputy Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2